# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-2357

United States

Appellee

v.

Taylor James Bloate

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:06-cr-00518-SNL-1)
_____

**ORDER**

Upon consideration of the Supreme Court judgment dated March 8, 2010, the mandate in this matter is hereby recalled and the case is reopened.

April 22, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Michael E. Gans